**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00525-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant**

**V.**

**JORDAN FOSTER, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 76,266**

## ORDER

The Court **REINSTATES** this appeal.

On January 8, 2013, the Court ordered the trial court to sign an order stating its findings of fact and abated this appeal. On March 7, 2013, the trial court's findings of fact were filed by the Clerk of the Court. The appeal will now proceed.

/s/     MOLLY FRANCIS
PRESIDING JUSTICE